# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTINE TIBOLLA,

    Plaintiff,

v.                                      Case No: 6:19-cv-168-Orl-28GJK

REDROCK TRAVEL GROUP, LLC,
CARDIFF LEXINGTON CORPORATION,
JAY JAHID, FERNANDA JAHID and
ROLLAN ROBERTS, II,

    Defendants.
_____

## ORDER

This case is before the Court on the Motion to Dismiss Count II (Doc. 62) filed by Defendants Rollan Roberts, II and Cardiff Lexington Corporation. The assigned United States Magistrate Judge has submitted a Report (Doc. 85) recommending that the motion be granted and that Count II be dismissed without prejudice. The Report notes that Plaintiff filed a Notice of Non-Objection (Doc. 82) to the motion to dismiss.

After review of the record in this matter, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. 85) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Count II (Doc. 62) is **GRANTED**. Count II of the Amended Complaint is **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida, on November 19, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record