# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTINE TIBOLLA,

    Plaintiff,

v.                                          Case No: 6:19-cv-168-Orl-28GJK

REDROCK TRAVEL GROUP, LLC,
CARDIFF LEXINGTON CORPORATION,
JAY JAHID, FERNANDA JAHID, and
ROLLAN ROBERTS, II,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Motion for Approval of Settlement as to Defendants Cardiff Lexington Corporation and Rollan Roberts II (Doc. 92). The assigned United States Magistrate Judge has submitted a Report (Doc. 93) recommending that the motion be granted and that Plaintiff's FLSA claim be dismissed with prejudice as to Defendants Cardiff Lexington Corporation and Rollan Roberts II. Plaintiff has filed a Joint Notice of No Objection (Doc. 95) to the Report.

After review of the record in this matter, and noting the Joint Notice of No Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 93) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Approval of Settlement as to Defendants Cardiff Lexington Corporation and Rollan Roberts II (Doc. 92) is **GRANTED**.

3. Plaintiff's claims against Defendants Cardiff Lexington Corporation and Rolland Roberts II are **DISMISSED with prejudice**.

4. This case remains pending with regard to Plaintiff's claims against Defendant Redrock Travel Group, LLC.[1]

**DONE** and **ORDERED** in Orlando, Florida, on January 9, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties

---

[1] Plaintiff's claims against Defendants Jay Jahid and Fernanda Jahid were previously resolved. (See Doc. 79).

2